No. 02–9185.  REUTER *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–9186.  ROGERS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9189.  VARGAS-MENDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9190.  GARRETT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9192.  OLIVARES VALLE *v.* UNITED STATES; and RIAS-COS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9194.  REAUX *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9195.  SANTIAGO *v.* GERLINSKI, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 02–9196.  SHARP *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9197.  HINDS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9198.  FIMBRES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9199.  GANN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–9200.  HALL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9201.  GARCIA-PEREZ, AKA ONTIVEROS-SILVA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9202.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9210.  PINCKNEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.